JOHN O. NELSON, Appellant, *v.* CIVIL SERVICE COMMISSIONER et al., Respondents.

(Argued January 9, 1933; decided January 24, 1933.)

*John O. Nelson*, appellant, in person.

*Arthur J. W. Hilly*, *Corporation Counsel* (*Henry J. Shields* and *J. Joseph Lilly* of counsel), for respondents.

Appeal dismissed, with costs, on the ground the order is not appealable; no opinion. (See 261 N. Y. 620.)

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.